**Dismissed and Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-01152-CR
## NO. 14-12-01153-CR

**JAMIE ALBERTO IBARRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1287084 and 1287085**

## M E M O R A N D U M   O P I N I O N

These attempted appeals are from the denial of motions to recuse. Procedures for recusal and disqualification found in the civil rules are applicable to criminal cases. *Arnold v. State,* 853 S.W.2d 543, 544 (Tex. Crim. App.1993); and *Soderman v. State*, 915 S.W.2d 605, (Tex. App. -- Houston [14th Dist.] 1996, pet. ref'd). An order denying a motion to recuse may be reviewed only for abuse of

discretion on appeal from the final conviction. *See Moorhead v. State*, 972 S.W.2d 93, 94 -95 (Tex. App. -- Texarkana 1998, no pet.); Tex. R. Civ. P. 18a(j)(1)(A).

Accordingly, the appeals are ordered dismissed.


PER CURIAM



Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish ─ Tex. R. App. P. 47.2(b).